AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-mj157 |
|  | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| Phillip Crawford | ) Date Assigned: 7/7/2023 |
| DOB: XXXXXX | ) Description: Complaint with Arrest Warrant |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (b)-Assaulting, Resisting or Impeding Certain Officers using a Dangerous Weapon | |
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder | |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | |
| 18 U.S.C. § 1752(a)(2)- Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(4)- Engaging In Physical Violence in a Restricted Buildings or Grounds | |
| 40 U.S.C. § 5104(e)(2) (F)- Act of Physical Violence in the Capitol Grounds or Buildings | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*j curtis king*
Complainant's signature

Justin King , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/07/2023

_____
*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*