IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CR-426-JEB |
| | ) | |
| PHILLIP CRAWFORD | ) | |

NOTICE OF LEAVE OF ABSENCE

Thomas L. Hawker of the Federal Defender Program, Inc. herein files this notice of leave of absence and respectfully requests that the Court not schedule any court appearances in the above referenced case from **Wednesday, April 3, 2024 through, and including, Friday, April 5, 2024 and Monday, June 24, 2024 through, and including, Tuesday, July 2, 2024**.

Thank you for your consideration in this matter.

Dated: This 8th day of March 2024.

Respectfully Submitted,

*/s/ Thomas L. Hawker*
Thomas L. Hawker
State Bar No. 091621
Attorney for Phillip Crawford

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Thomas_Hawker@fd.org