IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:23-CR-426-JEB |
| ) | |
| PHILLIP CRAWFORD ) | |

## NOTICE OF LEAVE OF ABSENCE

Ross Brockway of the Federal Defender Program, Inc. hereby files this notice of leave of absence and respectfully requests that the Court not schedule any court appearances in the above-referenced case from **Monday, July 1, 2024, through and including Friday, August 9, 2024**. Counsel will be on anticipated parental leave during that time period.

Thank you for your consideration.

Dated: This 18th day of March, 2024.

Respectfully Submitted,

/s/ Ross Brockway
ROSS BROCKWAY
State Bar Number: 490836
Attorney for PHILLIP CRAWFORD

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Ross_Brockway@FD.org