UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 23-cr-426 JEB |
| v. | : | |
| | : | |
| PHILLIP CRAWFORD, | : | |
| | : | |
| Defendant. | : | |

**RESPONSE TO DEFENDANT'S MOTION TO
EXCLUDE IMPEACHMENT EVIDENCE**

The United States of America, by and through the United States Attorney for the District of Columbia, does not anticipate presenting Mr. Crawford's prior convictions as impeachment evidence should Mr. Crawford choose to testify. Further, the government acknowledges that Fed. R. Evid. 609(b)(2) requires written notice of the intent to use prior to its admissibility. Finally, the government does not intend to introduce extrinsic evidence of the referenced prior arrests to impeach Mr. Crawford.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Michigan Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

MINDY DERANEK
Assistant United States Attorney
Washington Bar No. 43085
(202) 252-7776
mindy.deranek@usdoj.gov