UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 23-cr-426 JEB |
| v. | : | |
| | : | |
| PHILLIP CRAWFORD, | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE DEADLINES**

The United States of America hereby respectfully moves the Court for the entry of an order vacating pending deadlines until the next court hearing, presently set for May 17, 2024. On April 25, 2024, this Court set a deadline for May 15, 2024, for the parties to submit Joint Proposed Jury Instructions and objections or proposed additions to Voir Dire Questions, *See* Minute Entry April 25, 2024. On May 10, 2024, this Court set a Change of Plea hearing to occur on May 17, 2024, at 11:45 a.m.

Further, on behalf of the Metropolitan Police Department and the United States Capitol Police, the United States of America respectfully moves the Court for the entry of an order to modify subpoenas issued on May 3, 2024, which have a production deadline of May 15, 2024. The government seeks a modification of the production deadline to occur after May 24, 2024.

The government has consulted with defense prior to filing this motion, the defense consents to entry of these orders.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Michigan Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

MINDY DERANEK
Assistant United States Attorney
Washington Bar No. 43085
(202) 252-7776
mindy.deranek@usdoj.gov