IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:23-CR-00426-JEB-1 |
| | ) | |
| PHILLIP CRAWFORD | ) | |

**DEFENDANT PHILLIP CRAWFORD'S MOTION
FOR LIMITED TRAVEL OUT OF DISTRICT**

COMES NOW Phillip Crawford ("Mr. Crawford") and files this Motion to authorize limited travel outside of the Northern District of Georgia to the Middle District of Florida for a family vacation from June 24 through June 29, 2024.

1.

Mr. Crawford was released on bond on July 12, 2023 with the agreement of the Government.

2.

The conditions of Mr. Crawford's bond limit his travel to the Northern District of Georgia and the District of Columbia.

3.

Mr. Crawford has worn an ankle monitor with GPS since his release on bond.

1

4.

Mr. Crawford has never been unaccounted for or unresponsive to probation.

5.

Mr. Crawford has appeared at each hearing set by the Court since his release on bond almost a year ago including, most recently, a change of plea on May 17, 2024 and a bench trial on June 17, 2024.

6.

Mr. Crawford's sentencing is set for October of 2024. Prior to sentencing, Mr. Crawford would like to go with his family – his wife, Stephanie, and his three children, his mother and father, his sister and her family, cousins and others – on a family vacation for four days to Daytona Beach, Florida.

7.

Counsel has conferred with Mr. Crawford's supervising probation officer who expressed concern about the functioning of the GPS device if exposed to sand and water. Mr. Crawford understands the concern and does not plan to be in water. Moreover, he will wear a specially ordered, waterproof leg cast cover over his leg any time near sand. An image follows:



8.

Moreover, Mr. Crawford, of course, is available by phone and is still subject to the conditions of release requiring him to follow the directives of his probation officer. Accordingly, should the functioning of the GPS equipment become an issue, Mr. Crawford would be willing to report to the closest federal probation office in the Middle District of Florida as a level of accountability.

9.

Counsel has reached out to the government but hasn't received a response as of this filing.

WHEREFORE, Mr. Crawford respectfully requests that the Court grant him permission to travel to Daytona Beach, Florida from June 24 through June 29, 2024 for a family vacation. A proposed Order is attached.

Dated: This 21st day of June, 2024.

        Respectfully submitted,

        */s/ Thomas L. Hawker*
        THOMAS L. HAWKER
        Georgia Bar No. 338670
        Attorney for Phillip Crawford

Federal Defender Program, Inc.
Sute 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 688-7530
Thomas_Hawker@fd.org