IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-CR-426-JEB-1 |
| ) | |
| PHILLIP CRAWFORD ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Thomas L. Hawker and Ross Brockway, counsel for Phillip Crawford ("Mr. Crawford") in the above-captioned matter, and hereby request leave to withdraw pursuant to the provisions of Rule 44.5(d) of the Local Rules of the United States District Court for the District of Columbia for Criminal Cases (hereinafter "LCrR").

1.

The basis for this motion to withdraw is an irreparable breakdown of the attorney-client relationship. More specifically, effective communication has ceased, and there has been a clearly expressed lack of trust and faith in the judgment and advice of counsel. In counsel's professional opinion, Mr. Crawford needs new, independent counsel to advise him on claims of deficient performance by his counsel of record relating to his representation, his plea, his trial, and the path forward.

2.

Counsel intends to comply with LCrR 44.5(d)'s requirement to serve this motion upon the defendant at his last-known address in that counsel will mail this motion to the defendant through use of the United States Postal Service with sufficient postage affixed thereto. Counsel will also send a copy of this filing to the defendant by email and has already discussed this course of action with Mr. Crawford prior to filing this motion.

3.

In accordance with LCrR 44.5(d), counsel certifies that the granting of this motion will not unduly delay trial of this case, because the trial has already taken place. Although Mr. Crawford awaits ruling on the last count before the Court, briefing on the issues requested by the Court has been completed. Counsel further submits that it would not unfairly prejudice Mr. Crawford to replace counsel, because sentencing is not scheduled until October 21, 2024. Moreover, Mr. Crawford is in need of independent counsel to provide him with advice and analysis of the case, counsel of record's representation, any claims of deficient performance, and his options moving forward.

4.

Counsel has spoken with the Federal Public Defender for the District of Columbia about the need for substitute counsel for Mr. Crawford to confirm that

there is a mechanism for the appointment of substitute counsel not affiliated with the Federal Defender Program in Atlanta, Georgia or the Federal Public Defender in the District of Columbia.

## CONCLUSION

WHEREFORE, counsel respectfully requests leave to withdraw in this case. Counsel requests that the Court immediately appoint counsel to protect Mr. Crawford's rights with the understanding that Mr. Crawford may also explore the option of retaining private counsel if able.

If an ex-parte status conference is needed to assess the grounds for this motion, counsel requests that it be conducted via videoconference.

Respectfully submitted, this 9th day of August 2024.

>*/s/ Thomas L. Hawker*
>THOMAS L. HAWKER
>Georgia Bar No. 338670
>Attorney for Phillip Crawford

Federal Defender Program, Inc.
Sute 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
(404)688-7530
Thomas_Hawker@fd.org