UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 23-cr-426 JEB |
| v. : | |
| : | |
| PHILLIP CRAWFORD, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR HEARING**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully requests this Court set a hearing date in the above captioned case to review the status and ascertain representation for the defendant.

On May 17, 2024, the defendant entered a plea of guilty to six counts of the superseding indictment. *See* Minute Entry dated May 17, 2024. Following a two-day bench trial, this Court entered a verdict on counts seven, eight, nine, and ten (finding him not guilty of the weapons enhancements but guilty of the underlying crimes). *See* Minute Entry dated June 18, 2024. On August 27, 2024, this Court indicated its intent to find the defendant guilty of the lesser offense of count six, charging 18 U.S.C. § 111(a)(1). ECF No. 72.

On August 9, 2024, the defendant's attorneys moved to withdraw from the case based on an irreparable breakdown of the attorney-client relationship. ECF No. 71. On August 19, 2024, this Court granted the motion. Minute Order dated August 19, 2024. Mr. Crawford is currently unrepresented. Sentencing is currently set for October 21, 2024.

The government requests this Court set a status conference for the ascertainment of counsel at the Court's next availability. In the alternative, the government requests this Court appoint new counsel to represent Mr. Crawford for the purpose of sentencing.

                Respectfully Submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    /s/ *Adam M. Dreher*
                ADAM M. DREHER
                Assistant United States Attorney
                Michigan Bar No. P79246
                601 D. St. N.W.
                Washington, D.C. 20530
                (202) 252-1706
                adam.dreher@usdoj.gov

                MINDY DERANEK
                Assistant United States Attorney
                Washington Bar No. 43085
                (202) 252-7776
                mindy.deranek@usdoj.gov