# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No.  23-cr-00426-(JEB) |
| | * | |
| **PHILLIP CRAWFORD**, | * | |
| Defendant | * | |
| | * | |

ooOoo

<u>**ENTRY OF APPEARANCE**</u>

Please enter my appearance as counsel for Defendant Phillip Crawford, appointed under the Criminal Justice Act, 18  U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 3rd day of September, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
