IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.   * | Case No.  23-cr-00426-(JEB) |
| * | |
| **PHILLIP CRAWFORD**, * | |
| **Defendant** * | |
| * | |

ooOoo

## MOTION TO VACATE SENTENCING HEARING

Phillip Crawford, through undersigned counsel, hereby respectfully moves to vacate the sentencing hearing currently scheduled for October 21, 2024 as that date will be impossible to meet for several reasons.  Government counsel oppose vacating the sentencing hearing without setting a new date for sentencing.

1.    Apparently due to the recent change in counsel, no presentence interview has yet been conducted.  Accordingly, at this point, it will be impossible to prepare a presentence report in time for the October 21, 2024 sentencing hearing.  The Probation Department is concerned that it cannot meet the deadlines set by the Court for preparation of the PSR.

2.    In addition, counsel is scheduled to start a jury trial on October 15, 2024, in a case involving 26 counts and three defendants, *United States v. Pollock,* No.  21-cr-447 (CJN) so that it will be impossible to appear and be prepared for the scheduled sentencing.

3.    The instant case involves a complex situation where Mr. Crawford pleaded guilty to some counts and the Court held a bench trial on five counts.  In addition, Mr. Crawford wishes to explore the possibility of seeking to withdraw his guilty pleas.

4.      In order to provide adequate representation, undersigned counsel will need to review the trial transcript and exhibits as well as the discovery. Prior counsel has indicated that a hard drive with all the case materials should be delivered to undersigned counsel in the coming days.

5.      Counsel does not yet have transcripts of the proceedings.

6.      A status conference in the case is scheduled for October 7, 2024, at which the Court may set a new sentencing date.

WHEREFORE, for all these reasons, Mr. Crawford through undersigned counsel respectfully requests that this Honorable Court vacate the October 1, 2024 sentencing date and set a new date for sentencing at the upcoming Status Conference.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 26th day of September, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**