**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00426-(JEB)** |
| | * | |
| **PHILLIP CRAWFORD**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**MOTION TO CONTINUE SENTENCING HEARING AND EXTEND THE TIME FOR FILING THE PRESENTENCE REPORT**

Phillip Crawford, through undersigned counsel, hereby respectfully moves to continue the sentencing hearing currently scheduled for January 10, 2025 to a date in late February, 2025 or other date convenient for the Court. He also respectfully moves to extend the time for filing the Presentence Report to January 2025. On November 25, 2024, both government counsel responded to inquiries about their position on the instant motion with automatic email responses stating that they are both out of town until December 2, 2025.

1. Undersigned counsel was appointed to represent Mr. Crawford on September 3, 2024, after he had pleaded guilty to a number of the counts and found guilty, in part, of the remaining five counts in a bench trial. Mr. Crawford was represented by appointed counsel in those proceedings.

2. Because Mr. Crawford has expressed interest in withdrawing his guilty pleas and filing other post-trial motions, undersigned counsel has ordered transcripts of the earlier proceedings. At this point, two transcripts have still not been prepared.[1]

[1] As a result of a mistake, counsel ordered only one of the two days of the bench trial. Another transcript was timely ordered but has not yet been completed.

3. Counsel cannot provide adequate representation and advice to Mr. Crawford without reviewing the missing transcripts and completing review of the voluminous discovery as well as other materials that Mr. Crawford has brought to counsel's attention. The discovery materials were provided to undersigned counsel during the last month but counsel has not yet completed review of the materials.

4. Since being appointed, counsel has had an extraordinarily heavy schedule. In particular, counsel had been preparing to try a 25-count, three defendant jury trial, which has now been continued to begin on January 27, 2025. Among other matters, counsel also has represented several defendants in complex sentencing hearings, one of which is also scheduled for January 2025. Currently, counsel also represents a number of other detained defendants in complex multi-defendant cases, two of which are scheduled for trial in early 2025, with pending motions deadlines.[2] Counsel also represents defendants in several appeals before the United States Court of Appeals for the District of Columbia and the Fourth Circuit.

5. Due primarily to scheduling conflicts with undersigned counsel's schedule, the presentence interview has not yet taken place.[3]

6. In order to provide adequate representation, undersigned counsel will need to review the missing transcripts, the trial exhibits as well as additional discovery and recent case law. Due to the upcoming trials and pending appeals, counsel also has had limited time to devote to reviewing the

---

[2] Four of the pending cases involve defendants, who sought new counsel due to conflicts with prior counsel where undersigned counsel was expressly asked to enter an appearance.

[3] Some of the scheduling conflicts are the result of counsel's personal responsibilities and are unrelated to the press of other cases. The upcoming Thanksgiving and Christmas holidays present additional scheduling conflicts.

Crawford materials and researching the legal issues.

7. Despite due diligence, counsel has been unable to complete the necessary review and research. This request is not made for purposes of delay.

8. Mr. Crawford, who has no prior convictions, is married and has two children, has been on pretrial release since his arrest in this case and is compliant with the conditions of pretrial release.

WHEREFORE, for all these reasons, Mr. Crawford through undersigned counsel respectfully requests that this Honorable Court continue the January 10, 2025 sentencing date and set a new date for sentencing in late February 2025[4] or another date thereafter convenient to the Court. He also respectfully requests that the Court extend the time for filing the preliminary presentence report to for one-month.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 26th day of November, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**

---

[4] Counsel is scheduled to start a trial on January 27, 2025. A second trial is scheduled to start on March 3, 2025. Both cases are pending in this district.